**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **MIZAEL FERNANDEZ CONTRERAS,** | § § § | |
| **Petitioner,** | § § | |
| **v.** | § § | **CAUSE NO. EP-26-CV-607-KC** |
| **PAMELA BONDI, et al.,** | § § § | |
| **Respondents.** | § | |

**<u>FINAL JUDGMENT</u>**

On this day, the Court considered the case. On March 12, 2026, the Court granted in part Mizael Fernandez Contreras' Petition for Writ of Habeas Corpus and ordered Respondents to either (1) provide him with a bond hearing before an immigration judge ("IJ"), at which the Government was to bear the burden of justifying, by clear and convincing evidence of dangerousness or flight risk, his continued detention; or (2) release him from custody, under reasonable conditions of supervision. Mar. 12, 2026, Order 3, ECF No. 5.

Respondents have now informed the Court that on March 17, 2026, an IJ ordered Fernandez Contreras released on a $5,000.00 bond. Advisory, ECF No. 6; *see id.* Ex. A ("IJ Order"), ECF No. 6-1.

It appears that the only remaining matter to be resolved in this case is Fernandez Contreras' request for an award of attorneys' fees under the Equal Access to Justice Act ("EAJA"). *See* Pet. 17, ECF No. 1; *see generally* Mar. 12, 2026, Order. However, successful immigration habeas petitioners are not entitled to attorneys' fees under the EAJA. *Barco v. Witte*, 65 F.4th 782, 785 (5th Cir. 2023).

2

Accordingly, **the Clerk shall close the case**.  To the extent Fernandez Contreras wishes

to seek additional relief from the Court, he may file a motion to reopen.

**SO ORDERED**.

**SIGNED this 23rd day of March, 2026.**

KATHLEEN  CARDONE
UNITED STATES DISTRICT JUDGE

2